No. 93–1722. MORGAN v. FORD ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1724. CABAZON BAND OF MISSION INDIANS ET AL. v. NATIONAL INDIAN GAMING COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–1726. TARRANT SERVICE AGENCY, INC. v. AMERICAN STANDARD, INC., DBA TRANE CO. C. A. 6th Cir. Certiorari denied.

No. 93–1732. GILDER v. AETNA LIFE & CASUALTY. C. A. 5th Cir. Certiorari denied.

No. 93–1738. MARINE RECREATIONAL OPPORTUNITIES, INC. v. BERMAN ET UX. C. A. 2d Cir. Certiorari denied.

No. 93–1739. THOMPSON v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 93–1740. KUHN v. PHILIP MORRIS U. S. A. C. A. 3d Cir. Certiorari denied.

No. 93–1741. SEARS, ROEBUCK & CO. v. NEWPORT LTD. C. A. 5th Cir. Certiorari denied.

No. 93–1744. CHOATE v. TRW, INC. C. A. D. C. Cir. Certiorari denied.

No. 93–1754. DANESHMAND v. R. B. HAZARD, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1762. LARSON ET AL. v. SANFT ET AL. Sup. Ct. Minn. Certiorari denied.

No. 93–1766. U. S. ANCHOR MANUFACTURING, INC. v. RULE INDUSTRIES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1771. CASILLAN ET AL. v. REGIONAL TRANSPORTATION DISTRICT ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–1774. BEHRENS v. SHARP ET AL. C. A. 5th Cir. Certiorari denied.